CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 07 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **S E A L E D** |
| | ) | |
| **v.** | ) | **Criminal No. 4:19-CR-06** |
| | ) | |
| **JOHN DOUGLAS DOR** | ) | |

**MOTION TO SEAL**

Comes now the United States of America through its attorney and requests that the above indictment be sealed.

1. The government states that the disclosure of the above indictment would jeopardize the investigation and capture of the defendant.

2. The government requests that the indictment be sealed for 30 days or until the arrest of defendant, whichever is sooner.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Date: March 7, 2019

[signature]
R. Andrew Bassford
Assistant United States Attorney
VA State Bar No. 42584