CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 16 2020

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 4:19CR00006 |
| | : |
| JOHN DOUGLAS DOR | : |

## AGREED STATEMENT OF FACTS

The events leading to Count One of the Indictment occurred in Henry County, in the Western District of Virginia on June 27, 2018.

That day, the Virginia State Police and the DEA were conducting interdiction operations on Route 220 in Henry County. While so doing, Trooper Sparks of the VSP noticed Mr. Dor operating a car with what appeared to be excessive window tint, and stopped him because of this. Based on his observations during the stop, Trooper Sparks searched Mr. Dor's car. The search uncovered what was later found by lab to be approximately 123 grams of heroin mixture, along with other controlled substances.

Mr. Dor was advised of his *Miranda* rights and admitted that he was a courier, transporting the heroin ~~from Georgia~~ to give to someone in the Suffolk, Virginia area.

  I agree that this is a correct statement of the facts that the United States would have proved, had ~~this matter gone~~ to trial.

_____
John D. Dor
Defendant

_____
Christine Lee, Esq.
Counsel for Defendant

_____
Assistant United States Attorney