CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 05 2020

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Criminal Action No. 4:19cr00006** |
| **v.** | ) | |
| | ) | |
| **JOHN DOUGLAS DOR,** | ) | By:    Michael F. Urbanski |
| | ) | **Chief United States District Judge** |
| **Defendant.** | ) | |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate

Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purposes of conducting a plea hearing and a

plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed

findings of fact and a recommendation as to the acceptance of such plea as tendered. The

Magistrate Judge filed a Report and Recommendation on January 21, 2020, recommending that

defendant's plea of guilty be accepted. No objections to the Report and Recommendation have

been filed, and the court is of the opinion that the Report and Recommendation should be

adopted in its entirety. Accordingly, **IT IS ORDERED** that said report and the findings and

recommendation contained therein are hereby **ACCEPTED IN WHOLE,** defendant's plea of

guilty is **ACCEPTED,** and defendant is adjudged **GUILTY** as to Count 1 of the Indictment. The

Clerk of Court hereby is directed to send a certified copy of this Order to all counsel of record.

Entered:    02 — 05 — 2020

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge